# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 18, 2014

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

148362

PEOPLE OF THE STATE OF MICHIGAN,
     Plaintiff-Appellee,

v

          SC: 148362
          COA: 318161
          Wayne CC: 01-013840-FC

TITO MARKEESE OLIVER,
     Defendant-Appellant.

_____/

     On order of the Court, the application for leave to appeal the November 18, 2013 order of the Court of Appeals is considered, and it is DENIED, because the defendant's motion for relief from judgment is prohibited by MCR 6.502(G).



     I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 18, 2014



s0611

Clerk